**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Noreda Mann, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING MOTION TO** |
| ) | **APPEAR PRO HAC VICE** |
| vs. ) | |
| ) | |
| Hamm & Phillips Service Company, Inc., ) | Case No. 1:08-cv-009 |
| ) | |
| Defendant. ) | |

Before the court is the Defendant's motion for attorney Kevin O. Ainsworth to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Mr. Ainsworth has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the Clerk. The Defendant's motion (Docket No. 7) is **GRANTED** and Mr. Ainsworth is admitted to practice before this court in this matter on the Defendant's behalf.

**IT IS SO ORDERED.**

Dated this 3rd day of April, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge