IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Noreda Mann, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hamm & Philips Service Company, Inc. | ) | Case No.  1:08-cv-009 |
| | ) | |
| Defendant. | ) | |

_____

On March 17, 2009, the parties filed a Stipulation for Amended Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 15).  The scheduling and discovery order shall be amended as follows:

3. The parties shall have until April 30, 2009, to complete fact discovery and to file discovery motions.

5. The parties shall have until April 30, 2009, to complete discovery depositions of expert witnesses.

7. The parties shall have until August 15, 2008 to move to amend pleadings to add claims or defenses, except for claims for punitive damages for which the deadline shall be April 30, 2009.

10. The parties shall have until May 6, 2009, to file other dispositive motions (summary judgment as to all or part of the case).

14. The parties shall be ready to evaluate the case for settlement purposes by April 30, 2009.  Counsel for Plaintiff will report back to the magistrate judge that the ADR effort was completed and whether or not it was successful.

**IT IS SO ORDERED.**

Dated this 18th day of March, 2009.

 */s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge