**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Noreda Mann, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| vs. | ) | **APPROVE SETTLEMENT AND** |
| | ) | **DISMISS CASE** |
| | ) | |
| Hamm & Phillips Service Company, Inc., | ) | Case No. 1:08-cv-009 |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Joint Motion to Approve Settlement and Dismiss Case" filed on June 26, 2009. See Docket No. 19. The parties have informed the Court that they have resolved the issues in this action in their entirety. The parties request that the Court approve the Confidential Settlement Agreement (Docket No. 20) under the Fair Labor Standards Act and dismiss the Plaintiff's claims with prejudice.

The Court finds that the Confidential Settlement Agreement and the method of calculating the settlement amounts for the Plaintiff are fair and reasonable under the Fair Labor Standards Act. The Court **GRANTS** the motion to dismiss (Docket No. 19) and **APPROVES** the settlement (Docket No. 20). The Court **ORDERS** that this action be dismissed with prejudice and without costs to either party except as provided in the Confidential Settlement Agreement.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2009.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court